UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

| | |
|---|---|
| **MELISSA PATRICIA JOHNSON,** | **CIVIL ACTION NO. 7:13-CV-100-KKC** |
| Plaintiff, | |
| V. | **JUDGMENT** |
| **CAROLYN W. COLVIN,** **Acting Commissioner of Social Security,** | |
| Defendant. | |

\* \* \* \* \* \* \*

The Court having affirmed the decision of the Commissioner hereby ORDERS and ADJUDGES as follows:

1)   judgment is entered in favor of the defendant;

2)   this matter is DISMISSED and STRICKEN from the Court's active docket; and

3)   there being no just cause for delay, this judgment is FINAL and APPEALABLE.

Dated September 5, 2014.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY